**Order entered August 1, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01511-CR

**LUIS ARMANDO QUIROZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10
Dallas County, Texas
Trial Court Cause No. MA-1470927-L**

## ORDER

Appellant's brief was due March 8, 2017. By postcard dated March 9, 2017, we informed appellant his brief was past due and directed him to file his brief within ten days along with a motion to extend time. When appellant did not respond, we abated the appeal for a hearing. Appellant then filed a motion to extend time to file his brief and, in the interest of expediting the appeal, we vacated our prior order and extended the time for filing appellant's brief until May 18, 2017. When no brief was filed, we ordered retained counsel Samuel Beale to file appellant's brief by July 14, 2017, and cautioned counsel that the failure to file a brief by the deadline would result in this Court abating the case for a hearing. To date, no brief has been filed and Mr. Beale has failed to communicate with the Court regarding this appeal.

Therefore, the Court **ORDERS** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeal, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Roberto Canas Jr., Presiding Judge, County Criminal Court No. 10; to Samuel Beale; and to the Dallas County District Attorney's Office.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     ADA BROWN
        JUSTICE